**Order entered May 26, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00183-CV**

**IN THE INTEREST OF L.J.H., A CHILD**

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 85395**

**ORDER**

Before the Court is appellant's May 25, 2021 motion to abate, for supplemental record, and to extend time to file appellant's brief. Appellant asserts in the motion that the reporter's and clerk's record are incomplete. Specifically, appellant asserts the clerk's record is missing the documents related to trial court cause number 80,406 which was consolidated into the underlying cause. As for the reporter's record, appellant asserts it appears to be missing records from hearings held December 4, 2017, September 28, 2018, February 5, 2019, July 8, 2019, October 29, 2019, December 2, 2019, March 2, 2020, and August 2, 2020. Additionally, appellant notes that testimony at pages 186-187 in volume 7 of the

reporter's record references a prior hearing that does not appear to be included in the reporter's record.

Because the appeal cannot proceed without a complete record, we **GRANT** the motion and **ORDER** the trial court to conduct a hearing, **no later than June 7, 2021**, to determine (1) whether documents from trial court cause number 80,406 were properly transferred into the underlying cause at the time of consolidation, (2) whether hearings were held on the above-listed dates and as referenced in volume 7 of the reporter's record, and (3) if hearings were held on any of those dates and/or as referenced in volume 7, whether a record was made and the name of the reporter who took the record. If the trial court determines documents from trial court cause number 80,406 were not properly transferred into the underlying cause, the trial court shall order the trial court clerk to transfer the documents and file, **no later than June 17, 2021**, a supplemental clerk's record containing those documents. If the trial court determines hearings were held and records were made but not prepared and filed with this Court, the trial court shall order the respective court reporter to file a supplemental reporter's record of the hearing(s) **no later than June 17, 2021**. If any of the reporter's records have been lost or destroyed, the trial court shall determine whether the records are necessary for disposition of the appeal.

The trial court shall make written findings and have those findings included in a supplemental clerk's record **no later than June 10, 2021**. A reporter's record of the hearing shall also be filed **no later than June 10**.

We **SUSPEND** the deadline for appellant's brief pending resolution of the issues concerning the record. The Court will set a new deadline for the brief once the issues have been resolved.

Because this is an accelerated appeal in a parental termination case, we caution that the deadlines in this order will not be extended absent extenuating circumstances. We **DIRECT** the clerk of the Court to send a copy of this order to the Honorable Keli Aiken, Presiding Judge of the 354th Judicial District Court; Hunt County District Clerk Susan Spradling; court reporters Julie Vrooman and Shannon Sudderth; and, the parties.

We **ABATE** the appeal to allow the trial court an opportunity to conduct the hearing. The appeal shall be reinstated no later than June 21, 2021.

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE